**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF<br><br>ANDREW CHRISTIAN,<br>LENETTE CHRISTIAN,<br><br>DEBTOR | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 09-16399<br>JUDGE: Wedoff |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS**

As you know, our firm represents BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP in your Chapter 13 Case Number 09-16399. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  Accordingly, any information with which you provide this office can and may be used to collect that debt:

| | | |
|---|---|---|
| 12/09-08/10 monthly payments at $2,523.84 each | = $ | 22,714.56 |
| 09/10-04/11 monthly payments at $2,709.74 each | = $ | 21,677.92 |
| TOTAL | = $ | 44,392.48 |

Respectfully submitted,

 /s/ Josephine J. Miceli
Attorney for BAC Home Loans Servicing, LP, fka
Countrywide Home Loans Servicing, LP

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-021924

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**